IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-228-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALONZO GARDNER, | ) | |

This matter comes before the court on defendant's *pro se* motion for return of seized property (DE#117). Defendant filed his motion on January 16, 2015. The government has not responded, and the deadline for doing so has passed. Where no good cause has been shown why the relief requested should not be allowed, said motion is GRANTED. The personal paper, lap top computer, wallet and contents, and the Cannon camera made reference to in the instant motion all are ORDERED to be returned within 21 days by the government to the defendant or his designated representative.

SO ORDERED, this 3rd day of February, 2015.

*/s/ Louise W. Flanagan*
_____
LOUISE W. FLANAGAN
United States District Judge